# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARQUESE PICKETT, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:16-cv-02669-JAD-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| JAMES G. COX, *et al.*, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Motion to Extend Early Mediation Conference Stay and Continue Deadline to File 90 Day Stay Report (ECF No. 8), filed on January 30, 2018.

The parties conducted an early mediation conference on January 12, 2018. During the early mediation conference, Plaintiff represented that he is seeking to retain an attorney to represent him in this matter. The parties stipulated to a continuance of the early mediation conference. The current litigation stay is set to end on February 12, 2018 and there were no available times to set the continued early mediation conference during the current stay. Defendant requests that the stay be extended by forty-five (45) days through March 29, 2018. The Court grants the motion to extend the stay through March 29, 2018. Defendants shall file their status report on or before March 29, 2018. Counsel for Plaintiff shall enter an appearance on his behalf within twenty-one (21) days of the date of the entry of this order. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Extend Early Mediation Conference Stay and Continue Deadline to File 90 Day Stay Report (ECF No. 8) is **granted**. Defendants shall file their status report on or before March 29, 2018.

**IT IS FURTHER ORDERED** that Counsel for Plaintiff shall enter an appearance on his behalf within twenty-one (21) days of the date of the entry of this order.

DATED this 1st day of February, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge