# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Marquese Pickett,

     Plaintiff

v.

James G. Cox, et al.,

     Defendants

Case No.: 2:16-cv-02669-JAD-GWF

**Order Extending Deadline to
Respond to Motion to Dismiss**

[ECF No. 19]

     Defendant James G. Cox filed a motion to dismiss on May 18, 2018.[1]  Plaintiff Marquese Pickett requests a 30-day extension of time, which would make his response due by July 2, 2018.[2]  The court GRANTS this request.  But Pickett is cautioned that, in any future request to extend time, he needs to state the specific reasons that he needs extra time.

     Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to extend time **[ECF No. 19] is GRANTED; the deadline for plaintiff's response to the motion to dismiss [ECF No. 17] is extended to July 2, 2018**.

     Dated: June 4, 2018

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 17.

[2] July 1, 2018, falls on a Sunday.